

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS REYNA PLANCARTE,<br>a/k/a "Tony Reyna,"<br>a/k/a "Pachanga,"<br>a/k/a "Ñoño,"<br>a/k/a "Jose Reyna,"<br>a/k/a "El Viejon,"<br>ARMANDO REYNA,<br>a/k/a "Cata,"<br>DIEGO REYNA,<br>a/k/a "Gordo,"<br>JULIO DIAZ SANTOS,<br>a/k/a "El Armador,"<br>HOMERO ORTIZ,<br>JORGE MARTINEZ,<br>JESSICA ORONOZ-HERNANDEZ,<br>KEVIN HERNANDEZ,<br>JOSE MANUEL LLAMAS GAYTAN,<br>JULIO CESAR GAYTAN,<br>CONRADO RENTERIA,<br>ROQUE GAYTAN,<br><br>Defendants. | Case No. 22CR 67 CVE<br><br>**FILED UNDER SEAL**<br><br>**INDICTMENT**<br>[COUNT ONE: 21 U.S.C. §§ 846 and 841(b)(1)(A)(i) – Drug Conspiracy;<br>COUNTS TWO and THREE: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Manufacturing, Distributing, and Possession of Methamphetamine with Intent to Distribute;<br>COUNTS FOUR and FIVE: 21 U.S.C. §§ 856(a)(1) and 856(b) – Maintaining a Drug-Involved Premises;<br>Forfeiture Allegation: 21 U.S.C. § 853(a) – Drug Forfeiture] |

THE GRAND JURY CHARGES:

COUNT ONE
[21 U.S.C. §§ 846 and 841(b)(1)(A)(viii)]

Beginning in or about September 2020 and continuing to the date of this Indictment, in the Northern District of Oklahoma and elsewhere, the defendants,

**JOSE LUIS REYNA PLANCARTE**, a/k/a "Tony Reyna," a/k/a "Pachanga," a/k/a "Ñoño," a/k/a "Jose Reyna," a/k/a "El Viejon," **ARMANDO REYNA**, a/k/a "Cata," **DIEGO REYNA**, a/k/a "Gordo," **JULIO DIAZ SANTOS**, a/k/a "El Armador," **HOMERO ORTIZ, JORGE MARTINEZ, JESSICA ORONOZ-HERNANDEZ, KEVIN HERNANDEZ, JOSE MANUEL LLAMAS GAYTAN, JULIO CESAR GAYTAN, CONRADO RENTERIA,** and **ROQUE GAYTAN**, did knowingly and intentionally conspire, confederate, and agree together and with others, both known and unknown to the Grand Jury, to commit offenses against the United States as follows: to manufacture, distribute, and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(l).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(l)(A)(viii).

## COUNT TWO
### [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)]

Beginning in or about December 2021 and continuing through February 10, 2022, in the Northern District of Oklahoma, the defendants, **JORGE MARTINEZ**, **JESSICA ORONOZ-HERNANDEZ, KEVIN HERNANDEZ, JOSE MANUEL LLAMAS GAYTAN**, and **CONRADO RENTERIA**, knowingly and intentionally manufactured, distributed, and possessed with intent to distribute 500 grams or more or of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT THREE
## [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)]

Beginning in or about December 2021 and continuing through February 10, 2022, in the Northern District of Oklahoma, the defendant, **JOSE MANUEL LLAMAS GAYTAN**, knowingly and intentionally manufactured, distributed, and possessed with intent to distribute 500 grams or more or of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT FOUR
## [21 U.S.C. §§ 856(a)(1) and 856(b)]

Beginning in or about December 2021 and continuing through February 10, 2022, in the Northern District of Oklahoma, the defendants, **JORGE MARTINEZ**, **JESSICA ORONOZ-HERNANDEZ**, and **KEVIN HERNANDEZ**, unlawfully and knowingly used and maintained a place located at 5150 North Columbia Place, Tulsa, Oklahoma, for the purpose of manufacturing and distributing methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 856(a)(1) and 856(b).

## COUNT FIVE
**[21 U.S.C. §§ 856(a)(1) and 856(b)]**

Beginning in or about December 2021 and continuing through February 10, 2022, in the Northern District of Oklahoma, the defendant, **JOSE MANUEL LLAMAS GAYTAN**, unlawfully and knowingly used and maintained a place located at 6809 East King Street, Tulsa, Oklahoma, for the purpose of manufacturing and distributing methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 856(a)(1) and 856(b).

# FORFEITURE ALLEGATION
## [21 U.S.C. § 853]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Upon conviction of the offense alleged in this Indictment, as a part of their sentences, the defendants, **JOSE LUIS REYNA PLANCARTE, ARMANDO REYNA, DIEGO REYNA, JULIO DIAZ SANTOS, HOMERO ORTIZ, JORGE MARTINEZ, JESSICA ORONOZ-HERNANDEZ, KEVIN HERNANDEZ, JOSE MANUEL LLAMAS GAYTAN, JULIO CESAR GAYTAN, CONRADO RENTERIA**, and **ROQUE GAYTAN**, shall forfeit to the United States, any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violations and any property, real or personal, that was used or intended to be used to commit or to facilitate the violation of federal law.

CLINTON J. JOHNSON  
United States Attorney

A TRUE BILL

_____  
BEN TONKIN  
Assistant United States Attorney

/s/ *Grand Jury Foreperson*  
Grand Jury Foreperson