IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN HERNANDEZ,<br><br>Defendant. | Case No. 22-CR-067-CVE-8 |

**Motion to Extend Stay of Magistrate's Release Order**

The government respectfully requests that this Court extend the stay of the magistrate judge's release order for Defendant Kevin Hernandez. Specifically, on March 29, 2022, a magistrate judge in the Central District of California ordered Hernandez to be released on a $20,000 secured bond and denied the government's request for location monitoring. Shortly after, the government requested the magistrate judge to stay the bond to allow for a written appeal of the bail determination. The Court granted a 48-hour stay on March 29, 2022, at approximately 6:30 p.m. CDT. On March 31, 2022, government filed its sealed motion appealing the bail determination and to revoke the release order (Doc. #71). The government requests that this Court order a 48-hour extension of the stay on Hernandez's release so that defense counsel for Hernandez can be appointed in this district and file a response to the government's motion within that time.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY


*/s/Leah D. Paisner*
Leah D. Paisner, NJ Bar No. 175362015
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

**Certificate of Service**

    I hereby certify that on the 31st day of March, 2022, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing by email to counsel for the defendant.

Charles Snyder
Counsel for Defendant

                                                */s/ Leah D. Paisner*
                                                Leah D. Paisner
                                                Assistant United States Attorney