

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN HERNANDEZ,

    Defendant.

Case No. 22-CR-067-CVE-8

FILED APR 04 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

**Notice of Submission of Exhibit 1**

DOC. 80

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/Leah D. Paisner*
Leah D. Paisner, NJ Bar No. 175362015
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

# ITEM NOT IMAGED

☒ CD/DVD
☐ VHS TAPE
☐ OTHER:_____

The above referenced item has not been imaged and may be available at the Court Clerk's Office.



Disc Created: 04/01/2022
US v. Jose Luis Reyna Plancarte et al.
22-CR-00067-CVE
Kevin Hernandez
Rule 5 Hearing audio
Contents: CD 1 of 1
AUSA Leah Paisner