IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

United States of America
Plaintiff(s),

vs.

Kevin Hernandez
Defendant(s).

Case No.: 4:22-CR-067-CVE

Criminal Information Sheet

Date: 4/12/2022   Interpreter: Yes ☐   No ☒

Magistrate Judge Little   Deputy Tami Calico   USPO A. Tyler
Date of Arrest: 4/12/2022   Arrested By: _____   ☒ Detention Requested by AUSA
Bail Recommendation: _____   ☐ Unsecured

**Additional Conditions of Release:**

- ☐ a.  ☐ b. _____
- ☐ c.  ☐ d.  ☐ e.  ☐ f.  ☐ g.
- ☐ h.  ☐ i.  ☐ j.
- ☐ k. (☐ ii, ☐ ii, ☐ iii)
- ☐ l. _____
- ☐ m _____  ☐ n  ☐ o  ☐ p  ☐ q  ☐ r  ☐ s _____
- ☐ t (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
- ☐ u (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
- ☐ v (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
- ☐ w (☐ 1, ☐ 2)  ☐ x. (other) _____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel:   ☒ Yes   ☐ No
Defendant's Attorney: John Campbell   ☐ FPD;   ☒ Ct. Appt;   ☐ Ret Counsel
AUSA: Ben Tonkin  Leah Paisner for

**MINUTES:**

Interpreter: _____ ; ☐ Sworn

☒ Defendant appears ~~in person~~ by video for IA on: ☒ Indictment; ☐ Information; ☐ Complaint; ☐ Petition; ☐ Rule 5
with: ☐ Ret Counsel; ☐ FPD; ☒ Ct. Appt; ☐ w/o Counsel

☐ Financial Affidavit received and FPD/CJA appointed;  ☐ Present  ☐ Not Present
Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:
- ☐ Verified in open court
- ☒ Corrected by interlineation to Kevin Giovani Hernandez
  to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
- ☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;

Waivers executed and filed:   ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings
☐ Bond set for _____ ; Bond and conditions of release executed
☐ Government's Motion for Detention and Detention Hearing filed in open court
☒ ~~Arraignment~~ held and Defendant pleads Not Guilty; Court accepts plea; ☒ Scheduling dates to be mailed to counsel
☐ Initial Appearance continued to: _____ at _____ a.m./p.m.
☐ Arraignment scheduled: _____ at _____ a.m./p.m.
☐ Detention Hearing scheduled: _____ at _____ a.m./p.m.
☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.
☒ Defendant remanded to custody of U.S. Marshal:   ☒ Pending further proceeding;   ☐ Pending release on bond for treatment
Mot. for Detention # ___: ☐ Granted; ☐ Denied; ☐ Moot   Mot. for Hearing # ___: ☐ Granted; ☐ Denied; ☐ Moot

**Additional Minutes:** _____