LT/LT

# FILED
APR 26 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

~~SEALED~~ Unsealed 3/14/22

Received
U.S. Marshals Service
2022 MAR 11 AM 11:22
N/OK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| KEVIN HERNANDEZ | ) | |
| *Defendant* | ) | |

**22CR 67 CVE**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **KEVIN HERNANDEZ,**

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) – Drug Conspiracy
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Possession of Methamphetamine with Intent to Distribute
21 U.S.C. §§ 856(a)(1) and 856(b) – Maintaining a Drug-Involved Premises
18 U.S.C. § 853 – Drug Forfeiture

Date: MAR 11 2022

*Issuing officer's signature*

City and state: Tulsa, Oklahoma

Mark McCartt, Court Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/11/2022, and the person was arrested on *(date)* 3/28/2022
At *(city and state)* Los Angeles, CA - C/CA (DEA)
Date: 4/8/2022

*Arresting officer's signature*

L.G. Welch  DUSM
*Printed name and title*

---

BT/egm

AO 442 (Rev. 10/13) Arrest Warrant